

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-19-00661-CV

**STATE FARM COUNTY MUTUAL INSURANCE COMPANY OF TEXAS**,
Appellant

v.

Andrew Wayne **BOCK**,
Appellee

From the 288th Judicial District Court, Bexar County, Texas
Trial Court No. 2017CI19802
Honorable Cynthia Marie Chapa, Judge Presiding

BEFORE JUSTICE RIOS, JUSTICE WATKINS, AND JUSTICE RODRIGUEZ

In accordance with this court's memorandum opinion of this date, appellant's motion to dismiss this appeal is GRANTED and this appeal is DISMISSED. *See* TEX. R. APP. P. 42.1(a). Costs of appeal are taxed against appellant. *See id.* 42.1(d).

SIGNED March 25, 2020.

_____
Irene Rios, Justice